**GREGORY W. FOX #240214**

1100 W. Shaw Avenue, Suite. 120
FRESNO, CA 93711
PHONE (559) 222-5800
FAX (559) 222-5801

ATTORNEYS FOR  Defendant
               Charles Erickson

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:12-cr-00198-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CHARLES ERICKSON'S SPECIAL CONDITIONS OF RELEASE |
| CHARLES ERICKSON, | |
| Defendant. | |

The defendant, Charles Erickson, hereby agrees to the following addition to the special conditions of his release:

    12.    You shall not associate or have any verbal, written, telephonic or electronic communication and/or contact with Darlene Perez without the prior approval of Pretrial Services.

The parties hereby agree and stipulate to the aforementioned addition to the special conditions of Charles Erickson's release.

Dated: June 29, 2012             /s/ Charles Erickson
                                 CHARLES ERICKSON

1                                    BENJAMIN B WAGNER
                                 UNITED STATES ATTORNEY

2   Dated: June 29, 2012                 /s/ Michael D. Anderson

3

4                                    Michael D. Anderson
                                 Assistant United States Attorney

5

6   Dated: June 29, 2012                 /s/ Gregory W. Fox

7                                    Attorney for Defendant
                                 Charles Erickson

8

9

10                                       **ORDER**

11          **IT IS HEREBY ORDERED** that the special conditions of Charles Erickson's release

12  issued on March 21, 2012, by United States Magistrate Judge, Kendall J. Newman are amended

13  to include the following condition:

14          12.     You shall not associate or have any verbal, written, telephonic or electronic
communication and/or contact with Darlene Perez without the prior approval of

15                    Pretrial Services.

16  Dated:  June 29, 2012

17

18

19                              /s/ Gregory G. Hollows

20                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28