# Report and Order Terminating
## Prior to Original Expiration Date - Notice of Death

# UNITED STATES DISTRICT COURT

## for the

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No: 0972 2:12CR00198-014 |
| ) | |
| Charles Erickson ) | |
| ) | |

On February 11, 2016, the above-named was sentenced to Supervised Release for a period of 36 months. Supervision commenced on October 25, 2017.

On November 8, 2017, this office was notified by the Fresno County Coroner's Office that Charles Erickson was confirmed deceased (copy of the notification is on file). It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Chhoeuth Bou

Chhoeuth Bou
United States Probation Officer

Dated: November 30, 2017
Fresno, California

/s/ Tim Mechem

**REVIEWED BY:** **Tim Mechem**
**Supervising United States Probation Officer**

Re: Charles   Erickson
     Docket No:     0972 2:12CR00198-014
     Report and Order Terminating Supervised Release
     **Prior To Original Expiration Date - Notice of Death**

## ORDER OF COURT

It appearing that Charles Erickson is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Dated:   December 6, 2017

*(signature)*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE